UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01513-LJO-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR FORM TO INDICATE CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>(ECF NO. 5) |

　　　　Plaintiff is a *pro se* state prisoner proceeding *in forma pauperis* in this action. Plaintiff filed his complaint on October 24, 2019, and it awaits screening pursuant to 28 U.S.C. § 1915(b). On November 18, 2019, Plaintiff filed a motion requesting a copy of the Court's form through which litigants indicate consent or refusal to magistrate judge jurisdiction. (ECF No. 5.)

　　　　The Court will GRANT Plaintiff's motion.  The Clerk of Court is ORDERED to send Plaintiff a copy of the form litigants use to indicate consent or refusal to magistrate judge jurisdiction.

IT IS SO ORDERED.

　　　Dated:　**November 21, 2019**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1